UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

04 12151 JLT

| | |
|---|---|
| JANICE FLANDERS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LEVY HOME ENTERTAINMENT, INC. )<br>and CHAS. LEVY CIRCULATING CO., )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. |

### DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to the provisions of Local Rule 7.3(A), defendants Levy Home Entertainment, LLC, formerly known as Levy Home Entertainment, Inc., and Chas. Levy Circulating Co. LLC, formerly known as Chas. Levy Circulating Co., make the following Corporate Disclosure: Levy Home Entertainment, LLC and Chas. Levy Circulating Co., LLC are both Delaware limited liability companies; Chas. Levy Co., LLC is the parent of both Levy Home Entertainment, LLC and Chas. Levy Circulating Co., LLC.; and no publicly held corporation owns 10% or more of the stock of Levy Home Entertainment, LLC, Chas. Levy Circulating Co., LLC, or Chas. Levy Co., LLC.

Respectfully submitted,

LEVY HOME ENTERTAINMENT, LLC,
and CHAS. LEVY CIRCULATING CO.,
LLC,

By their attorneys,

_____
Dean Richlin (BBO #419200)
Michael L. Rosen (BBO #559954

Christopher J. Powell (BBO #658884)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

Dated: October 12, 2004

**AFFIDAVIT OF SERVICE**

I, _____ depose and state that on this day a true copy of the above document was served upon the attorney of record for each party ~~by mail~~/~~by hand~~ signed under the pains and penalties of perjury.

Dated: 10/12/04 _____