UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JANICE FLANDERS,

    Plaintiff,

v.

LEVY HOMES ENTERTAINMENT, INC.
and CHAS, LEVY CIRCULATING CO.,

    Defendants.

Civil Action #: 104-12151-JLT

PLAINTIFF'S MOTION TO REMAND PENDING
ACTION TO SUPERIOR COURT

Plaintiff, "(Flanders)" hereby move, this Court for an Order remanding the above-entitled action to Superior Court on the ground that the Plaintiffs cause of action is not within the original jurisdiction of this Court, nor made the action, therefore, be removed here to. The ground for this motion is that the controversy herein does not exceed $75,000.00, exclusive of interest and costs. The grounds for Plaintiff's Motion, are further set forth in the accompanying legal Memorandum submitted herewith. Furthermore, a Request for Oral Argument is hereby made if this Honorable Court believes it to be necessary.

    WHEREFORE, Plaintiff requests that the above-entitled action be remanded to Superior Court where it originated.

Respectfully submitted,
JANICE FLANDERS
By her attorney,

_____
Gonçalo M. Rego, Esquire
(BBO #: 557097)
LAW OFFICES OF G. M. REGO, P.C.
411 Columbia Street
Fall River, MA 02721
(508) 678-3400

Dated: 11-1-04

1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record and each other party by mail on November 1, 2004.

Dated: 11-1-04

Goncalo M. Rego, Esquire (BBO #: 57097))
LAW OFFICES OF G. M. REGO, P.C.
411 Columbia Street
Fall River, MA 02721
(508) 678-3400

2