11/15/2004 14:45 5086783535 Case 1:04-cv-12151-JLT REGO & ASSOCIATES Document 9 Filed 11/17/2004 PAGE 02/03 Page 1 of 2 PAGE 02/03

11/10/2004 16:21 617-832-7000 FOLEY HOAG LLP PAGE 02/03

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JANICE FLANDERS,

    Plaintiff,

v.                               CIVIL ACTION NO. 04-12151-JLT

LEVY HOME ENTERTAINMENT, INC.
and CHAS. LEVY CIRCULATING CO.,

    Defendants.

## JOINT STIPULATION OF THE PARTIES

The parties, plaintiff Janice Flanders ("Flanders" or "plaintiff") and defendants Levy Home Entertainment LLC, formerly known as Levy Home Entertainment, Inc., and Chas. Levy Circulating Co. LLC, formerly known as Chas. Levy Circulating Co. (collectively "defendants") hereby state and stipulate as follows:

1. In her Complaint and Civil Cover sheet filed in the Superior Court of Bristol County for the Commonwealth of Massachusetts on July 13, 2004, Flanders indicated that she was seeking $54,059.40 in economic damages, unquantified damages for "emotional and psychological injuries, including depression," and unquantified punitive damages and attorneys' fees.

2. Because it appeared on the face of the pleadings that Flanders' claimed damages, inclusive of attorneys' fees but exclusive of interests and costs, exceeded seventy-five thousand dollars ($75,000.00), defendants removed the case to the United States District Court for the District of Massachusetts.

FHBOSTON/1130142.1                                     - 1 -

3.  Flanders now stipulates that her damages, including attorneys' fees but exclusive of interest and costs, do not exceed $75,000. Flanders understands that, by so stipulating, she is waiving any right to recover damages in excess of this amount.

4.  Based on this Stipulation, defendants agree not to oppose Flanders' Motion to Remand dated November 1, 2004. Defendants do not waive, and specifically reserve all rights and defenses with respect to Flanders' underlying claims, and deny that they are liable to Flanders for any damages.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| JANICE FLANDERS, | LEVY HOME ENTERTAINMENT, LLC, and CHAS. LEVY CIRCULATING CO., LLC, |
| By her Attorney, | By their attorneys, |
| *[signature]* | *[signature]* |
| Gonçalo M. Rego (BBO No. 557097) | Dean Richlin (BBO #419200) |
| 411 Columbia Street | Michael L. Rosen (BBO #559954 |
| Fall River, MA 02721 | Christopher J. Powell (BBO #658884) |
| (508) 678-3400 | FOLEY HOAG LLP |
|  | 155 Seaport Boulevard |
|  | Boston, MA 02210 |
|  | (617) 832-1000 |

Date: November 10, 2004

FHBOSTON/1130142.1                                       - 2 -